**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

JOHN SMITH,

      **Plaintiff,**

v.

BENTLEY UNIVERSITY,

      **Defendant.**

**Case Number: 1:25-cv-12317**

**DEFENDANT BENTLEY UNIVERSITY'S MOTION TO DISMISS**

Defendant Bentley University ("University" or "Defendant"), pursuant to Fed. R. Civ. P. 12(b)(6), respectfully requests that this Court dismiss Plaintiff John Smith's[1] Verified Complaint ("Complaint") with prejudice for failing to state any claim upon which relief can be granted.

In support of this motion, Defendant states as follows:

1.     Plaintiff's breach of contract claim fails because it is based on the Student Handbook, which does not constitute a binding contract.

2.     Plaintiff's breach of contract claim also fails because he cannot point to any specific contractual obligation or reasonable expectation that Defendant allegedly violated.

3.     Plaintiff's claim for breach of the covenant of good faith and fair dealing fails because the Student Handbook expressly disclaims any contractual relationship, precluding an implied covenant, and Plaintiff has not plausibly alleged that the adjudication process was unfair, biased, or arbitrary.

---

[1] John Smith is a pseudonym.

4.      In further support of Defendant's Motion, Defendant submits the corresponding Memorandum of Law in Support of its Motion and exhibits referenced therein.

WHEREFORE, Defendant respectfully requests that this Honorable Court: (i) grant Defendant's Motion to Dismiss with prejudice; and (ii) grant such other and further relief as this Court deems just.

Respectfully submitted,

BENTLEY UNIVERSITY,

By its Attorneys,

*/s/ Gregory A. Manousos*
Gregory A. Manousos (BBO #631455)
Jennawe M. Hughes (BBO #698667)
**MORGAN, BROWN & JOY, LLP**
28 State Street, 16th Floor
Boston, MA  02109
(617) 523-6666
gmanousos@morganbrown.com
jhughes@morganbrown.com

Dated: October 20, 2025

## <u>CERTIFICATE OF SERVICE</u>

I, Gregory A. Manousos, hereby certify that on October 20, 2025, a copy of the foregoing document, filed through the ECF system, will be served on all parties as provided by the Notice of Electronic Filing (NEF).

/s/ Gregory A. Manousos
Gregory A. Manousos